IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 11-01154 JSW |
| Plaintiff, | **ORDER VACATING HEARING AND ORDER TO SHOW CAUSE** |
| v. | |
| TERRY TRANG NGUYEN, et al., | |
| Defendants. | |

On February 21, 2012 Plaintiff filed a motion to strike and a motion to dismiss Defendants' amended answer and affirmative defenses. On February 22, 2012, Plaintiff re-noticed the motion for a hearing on April 27, 2012. Pursuant to Northern District Civil Local Rules 7-3(a) and 5-5, Defendants' opposition brief was due on March 9, 2012. The Court has not received an opposition to the motion.

The Court VACATES the hearing scheduled for April 27, 2012. It is FURTHER ORDERED that Defendants shall show cause why the motion should not be granted. Defendants shall file a response to this Order to Show Cause by no later than April 13, 2012. If Defendants fail to file a response to the Order to Show Cause by that date, the Court shall deem the motions unopposed. If the Court requires a reply from Plaintiff, it shall issue a further order setting a date on which a reply shall be due.

The Court also hereby advises Defendants that Handbook for Pro Se Litigants, which is available through the Court's website or in the Clerk's office, contains helpful information about proceeding without an attorney. The Court also advises Defendants that they also may wish to seek assistance from the Legal Help Center. Defendants may call the Legal Help Center

1 at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796,
2 for a free appointment with an attorney who may be able to provide basic legal help, but not
3 legal representation.

4 **IT IS SO ORDERED.**

5 Dated: March 27, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2