UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC,<br><br>   Plaintiff,<br><br> v.<br><br>TERRY TRANG NGUYEN, et al.,<br><br>   Defendants. | Case No. 11-cv-01154-JST<br><br>**ORDER RE: ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. Nos. 38, 39 |

The Court issued an order on April 24, 2013, requiring the parties to file a stipulation of dismissal based on the notice of settlement filed by J&J Sports with respect to Terry Trang Nguyen. *See* Dkt. No. 38. Defendant Dian Thao Nguyen is not a part of that settlement agreement. Accordingly, the April 24 Order pertains only to the claims that J&J brings against Defendant Terry Trang Nguyen.

A case management conference will be held July 31, 2013 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: April 26, 2013

                            _____
                             JON S. TIGAR
                           United States District Judge