UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC,<br><br>Plaintiff,<br><br>v.<br><br>TERRY TRANG NGUYEN, et al.,<br><br>Defendants. | Case No. 11-cv-01154-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 38 |

On April 24, 2013, the Court ordered J&J Sports and Terry Trang Nguyen to file by June 7, 2013, a stipulation of dismissal or a statement explaining why they could not file such a stipulation. See ECF Nos. 38, 40. As of the date of this Order, the parties have not complied with the Court's April 24 Order. Accordingly, by June 21, 2013, each of the parties shall show cause, in writing, why that party should not be sanctioned for failing to comply with a court order. See Miranda v. S. Pac. Transp. Co., 710 F.2d 516, 521 (9th Cir. 1983) (discussing the types of sanctions that a district court may impose on a noncomplying party). A hearing on this matter will be held on June 26, 2013.

**IT IS SO ORDERED**.

Dated: June 11, 2013

_____
JON S. TIGAR
United States District Judge