UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRY TRANG NGUYEN, et al.,<br><br>　　　　Defendants. | Case No.  11-cv-01154-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 51 |

　　　J&J Sports and Trang Nguyen stated on the record on October 22, 2013, that they have settled this action.  See ECF No. 51.  Accordingly, all deadlines and hearings in this case are VACATED with respect to the claims asserted against Nguyen only.  By December 6, 2013, J&J Sports and Nguyen shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

　　　Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

　　　**IT IS SO ORDERED**.

Dated: October 23, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge