Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRY TRANG NGUYEN, ET AL., <br><br> Defendant. | CASE NO. 3:11-cv-01154-JST <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE, that the above-entitled defendant is hereby dismissed **without prejudice** against TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by May 1, 2014, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 10/3/13

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

TERRY TRANG NGUYEN
Individually and d/b/a CAFE DA THAO A/K/A DA THAO CAFE

IT IS SO ORDERED:

Dated: November 18, 2013

IT IS SO ORDERED
Judge Jon S. Tigar