Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:11-cv-01154-JST |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE |
| vs. | |
| TERRY TRANG NGUYEN, ET AL., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE, that the above-entitled defendant is hereby dismissed **without prejudice** against TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by May 1, 2014, the dismissal shall be deemed to be **with prejudice.**

///
///
///
///
///

STIPULATION OF DISMISSAL
3:11-cv-01154-JST
PAGE 1

1       This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party

2   referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6   Dated: 10/3/13

                                    LAW OFFICES OF THOMAS P. RILEY, P.C.

7                                       By: Thomas P. Riley

8                                     Attorneys for Plaintiff

                                    J & J SPORTS PRODUCTIONS, INC.

9

10

11   Dated:

                                      TERRY TRANG NGUYEN

12                                       Individually and d/b/a CAFE DA THAO A/K/A DA THAO

                                    CAFE

13

14

15

16

17

18

19

20

21

22

23   IT IS SO ORDERED:

24

25

26                                           Dated: November 18, 2013

27

28

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL
3:11-cv-01154-JST
PAGE 2