UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> DIAN THAO NGUYEN, <br><br> Defendant. | Case No. 11-cv-01154-JST <br><br> **ORDER TO SHOW CAUSE AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Default was entered against Defendant Dian Thao Nguyen a/k/a Diane Thao Nguyen on July 19, 2011. ECF No. 14. Plaintiff moved for entry of default judgment on August 30, 2011. ECF No. 18. Judge White denied the motion on November 29, 2011. ECF No. 22.

More than two years have now passed, and Plaintiff has taken no further action to obtain judgment against Defendant Dian Thao Nguyen. The only other defendant has been dismissed from the action. ECF No. 54.

Plaintiff is therefore ORDERED TO SHOW CAUSE why this Court should not dismiss Defendant Dian Thao Nguyen with prejudice because of Plaintiff's failure to prosecute its claims against her. A court has authority to dismiss an action involuntarily where the plaintiff fails "to prosecute or to comply with . . . any order of court." Fed. R. Civ. Proc. 41.

Plaintiff is ordered to file a response to this Order by December 9, 2013. The Court will hold a hearing on the motion on December 19, 2013 at 2:00 p.m. If the action has been dismissed in its entirety by that time, the hearing will be vacated.

/ / /

/ / /

/ / /

The Case Management Conference scheduled for December 4, 2013 is VACATED.

**IT IS SO ORDERED.**

Dated: December 1, 2013

_____
JON S. TIGAR
United States District Judge